# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re:  
    Vielka M Vigo

Debtor(s)

Case No. 15-40915

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 12/01/2015.

2) The plan was confirmed on 01/29/2016.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 10/24/2016, 06/23/2017.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 06/30/2016, 03/13/2017, 11/01/2017.

5) The case was converted on 01/04/2018.

6) Number of months from filing to last payment: 19.

7) Number of months case was pending: 26.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $2,400.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $3,012.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$3,012.00** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $194.11 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $145.69 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$339.80** |

Attorney fees paid and disclosed by debtor:   $20.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| COMED LEGAL REVENUE RECOVER | Unsecured | 2,104.58 | 3,051.22 | 3,051.22 | 0.00 | 0.00 |
| COTTONWOOD FINANCIAL LTD | Unsecured | 0.00 | 207.98 | 207.98 | 0.00 | 0.00 |
| ECONOMY INTERIORS INC | Secured | 7,739.94 | 7,739.94 | 7,739.94 | 1,737.83 | 369.60 |
| GALAXY FURNITURE | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| ILLINOIS TOLLWAY | Unsecured | 0.00 | 6,400.30 | 6,400.30 | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 1,749.00 | 2,290.87 | 2,290.87 | 0.00 | 0.00 |
| SANTANDER CONSUMER USA | Unsecured | NA | 6,370.99 | 6,370.99 | 0.00 | 0.00 |
| SANTANDER CONSUMER USA | Secured | 4,650.00 | 4,650.00 | 4,650.00 | 345.87 | 218.90 |
| ALLIED INTERSTATE INC/DIRECTV | Unsecured | 199.00 | NA | NA | 0.00 | 0.00 |
| ALLIED INTERSTATE INC/PUBLIC ST | Unsecured | 459.00 | NA | NA | 0.00 | 0.00 |
| AMSHER COLLECTION SERVICE/TMC | Unsecured | 1,633.00 | NA | NA | 0.00 | 0.00 |
| ARROW FINANCIAL SERVICES/ASHW | Unsecured | 839.00 | NA | NA | 0.00 | 0.00 |
| BALLYS | Unsecured | 783.00 | NA | NA | 0.00 | 0.00 |
| CALVARY PORTFOLIO SERVICES/SPI | Unsecured | 457.00 | NA | NA | 0.00 | 0.00 |
| CCI/PEOPLES GAS LIGHT AND COKE | Unsecured | 2,291.00 | NA | NA | 0.00 | 0.00 |
| CHASE | Unsecured | 924.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| COLLECTION/US CELLULAR | Unsecured | 1,403.00 | NA | NA | 0.00 | 0.00 |
| CREDIT PROTECTION ASSO/COMCAS | Unsecured | 245.00 | NA | NA | 0.00 | 0.00 |
| CREDIT PROTECTION ASSO | Unsecured | 243.00 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY CORP/TMOE | Unsecured | 476.00 | NA | NA | 0.00 | 0.00 |
| ER SOLUTIONS/CONVERGENT OUTS | Unsecured | 290.00 | NA | NA | 0.00 | 0.00 |
| ERC/ENHANCED RECOVERY CORP/T | Unsecured | 476.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS TOLLWAY | Unsecured | 1,316.00 | NA | NA | 0.00 | 0.00 |
| JVDB/ECONOMY INTERIORS INC | Unsecured | 4,921.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL CREDIT SOLUTION/BMG | Unsecured | 106.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| NCO MEDCLR/INFINITY HEALTHCAR | Unsecured | 582.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS/SBC | Unsecured | 257.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST COLLECTORS/CONSUL | Unsecured | 154.00 | NA | NA | 0.00 | 0.00 |
| TRIDENTASSET.COM/KMART | Unsecured | 462.00 | NA | NA | 0.00 | 0.00 |
| ACCOUNT RECOVERY SERVICES/US | Unsecured | 545.00 | NA | NA | 0.00 | 0.00 |
| RCN | Unsecured | 338.00 | NA | NA | 0.00 | 0.00 |
| STATE FARM | Unsecured | 5,297.00 | 5,297.00 | 5,297.00 | 0.00 | 0.00 |
| T MOBILE | Unsecured | 1,451.00 | 1,595.16 | 1,595.16 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $4,650.00 | $345.87 | $218.90 |
| All Other Secured | $7,739.94 | $1,737.83 | $369.60 |
| **TOTAL SECURED:** | **$12,389.94** | **$2,083.70** | **$588.50** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$25,213.52** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $339.80 |
| Disbursements to Creditors | $2,672.20 |
| **TOTAL DISBURSEMENTS** : | **$3,012.00** |

**UST Form 101-13-FR-S (9/1/2009)**

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 01/24/2018 By: /s/ Glenn Stearns

                                                                                                      Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**